UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMEKA JOSEPH,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

Case No. 18-cv-06269-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file a (i) complete application to proceed *in forma pauperis* (IFP), or (ii) pay the $400.00 filing fee.  She also has not filed a complaint on this Court's form.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain a (i) complete IFP application, or full payment for the $400.00 filing fee; <u>and</u> (ii) a complaint on this Court's form.  The Clerk shall enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:** November 29, 2018

_____
RICHARD SEEBORG
United States District Judge